IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DIANE L. GRUBER and MARK RUNNELS**, <br><br> Plaintiffs, <br><br> v. <br><br> **OREGON STATE BAR, a public corporation. CHRISTINE CONSTANTINO, President of the Oregon State Bar, HELEN HIERSCHBIEL, Executive Officer of the Oregon State Bar**, <br><br> Defendants. | Case No. 3:18-cv-1591-JR <br><br> **JUDGMENT** |

**Michael H. Simon, District Judge.**

    Based on the Court's Order,

    **IT IS ADJUDGED** that this case is DISMISSED.

    DATED this 24th day of May, 2019.

                                                   /s/ *Michael H. Simon* <br>
                                                 Michael H. Simon <br>
                                                 United States District Judge