**Steven M. Wilker**, OSB #911882
  Direct Dial: 503.802.2040
  Email: steven.wilker@tonkon.com
**Paul M Balmer**, OSB # 203429
  Direct Dial: 503 802-5745
  Email: paul.balmer@tonkon.com
Tonkon Torp LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204

  Attorneys for Defendants

*See Signature Page for Additional Counsel*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DIANE L. GRUBER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>OREGON STATE BAR, a Public Corporation, et al.,<br><br>　　　　　　Defendants. | Civil No. 3:18-cv-01591-JR<br><br>**AGREED PROPOSED SCHEDULING ORDER** |

　　In accordance with the schedule proposed by the parties in this case, the Court sets the following schedule for the filing of Defendants' answer, initial disclosures, the completion of discovery, and the filing of summary judgment motions in this case:

- 　Defendants shall have until 30 days after the entry of this order to file an answer.
- 　The parties shall have until 14 days after Defendants file their answer to make disclosures required by Fed. R. Civ. P. 26(a)(1)).

PAGE 1 – AGREED PROPOSED SCHEDULING ORDER

• The parties shall have until 150 days after Defendants file their answer to complete fact discovery.

• The parties shall have until 30 days after the close of discovery to file any motions for summary judgment.

DATED April 12, 2021.

| | |
|---|---|
| **MICHAEL L. SPENCER** | **TONKON TORP LLP** |
| /s/ *Michael L. Spender* | /s/ *Steven M. Wilker* |
| Michael L. Spencer, OSB No. 830907<br>Email:  mlslaw@live.com<br>Direct Dial:  541-891-9726<br>403 Main Street<br>Klamath Falls OR  97601 | Steven M. Wilker, OSB No. 911882<br>Email: steven.wilker@tonkon.com<br>Paul M Balmer, OSB No. 203429<br>Email: paul.balmer@tonkon.com<br>Direct Dial:  503-221-1440<br>888 SW Fifth Avenue, Suite 1600<br>Portland, OR 97204 |
| ***Attorney for Plaintiffs Diane L. Gruber and Mark Runnels*** | |

**ELISA J. DOZONO**
  Elisa J. Dozono, OSB No. 063150
  Email: edozonoesq@gmail.com
  Direct Dial: 503-467-0907
  Attn: General Counsel's Office
  P.O. Box 231935
  Tigard, OR  97281-1935

**SCHWABE, WILLIAMSON & WYATT**
  W. Michael Gillette, OSB No. 660458
  Email: wmgillette@schwabe.com
  Direct Dial:  503-796-2927
  1211 SW Fifth Avenue, Suite 1900
  Portland, OR  97204

**STOLL STOLL BERNE LOKTING & SHLACHTER, P.C.**
  Megan Houlihan, OSB No. 161273
  Email: mhoulihan@stollberne.com
  Direct Dial:  503 227-1600
  209 SW Oak St Ste 500
  Portland OR  97204

  ***Attorneys for Defendants***

PAGE 2 – AGREED PROPOSED SCHEDULING ORDER

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, I served the foregoing **AGREED PROPOSED SCHEDULING ORDER** on:

> Michael L. Spencer
> 403 Main Street
> Klamath Falls, OR 97601
> 541-891-9426
> 541-314-4672 (fax)
> mlslaw@live.com
> *Attorney for Plaintiffs Diane L. Gruber
> and Mark Runnels*

☒ By electronic means through the Court's Case Management/Electronic Case File system on the date set forth below;

☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below.

☐ by concurrently electronically mailing this document in Word format to each attorney's last-known e-mail address on the date set forth below.

DATE: April 12, 2021

> TONKON TORP LLP
>
> By: *s/ Steven M. Wilker*
> Steven M. Wilker, OSB No. 911882
> Paul M Balmer, OSB No. 203429

099997\32730\12206571v1

PAGE 1 – CERTIFICATE OF SERVICE