# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 30, 2021

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Diane Gruber, et al.
           v. Oregon State Bar, et al.
           No. 20-1520
           (Your No. 19-35470)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 26, 2021 and placed on the docket April 30, 2021 as No. 20-1520.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Clayton Higgins
                              Case Analyst